AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
FILED

*May 03, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Domingo CASTILLA-CASTILLO | ) | Case No. |
| | ) | **4:23-mj-946** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2, 2023__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g) (5) | Alien in Possession of a firearm |

This criminal complaint is based on these facts:

See attached Affidavit of probable cause

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Mullins  Specail Agent ATF
*Printed name and title*

Sworn to before me telephonically.

Date: May 03, 2023

City and state: _____

_____
*Judge's signature*

United States Magistrate Andrew Edison
*Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE ARREST OF: | § § | MAGISTRATE NO. |
| Domingo CASTILLA-CASTILLO | § § | 4:23-mj-946 |

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher Mullins, Affiant, having been duly sworn, do hereby state the following:

## A. Introduction and Agent Background:

1) I am an investigative or law enforcement officer within the meaning of Section 3051 of Title 18, United States Code, that is an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses against the United States.

2) I am a Task Force Officer (TFO) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed with Harris County Sheriff's Office since March, 1995 and a certified peace officer on December, 1997. I graduated from Harris County Sheriff's Office Academy in December of 1997. I am currently assigned to the Houston Group VIII Field Office of the ATF Houston Field Division. As a Task Force Officer of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible

violations of federal laws, particularly those laws found in Title 18 of the United States Code.

3) My current assignment with the ATF Houston Group VIII Field Office involves the investigations of individuals who traffic firearms, violent criminals, and criminal organizations such as street gangs and drug trafficking organizations. I have used cooperating informants, undercover agents, pen registers/trap and trace devices, video surveillance, GPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF. As a sworn officer, your Affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under authority of the United States.

4) The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and

statements of others are related herein, they are related in substance and in part only.

5) This affidavit is being submitted in support of a criminal complaint and arrest warrant. Your Affiant states there is probable cause to believe that Domingo CASTILLA-CASTILLO has committed the offense of possession of a firearm by a person unlawfully present in the United States of Title 18 United States Code, 922(g)(5).

## B. Facts Supporting Probable Cause

6) Affiant is working with Texas Department of Public Safety (DPS) Special Agent (SA) Rhyan Droddy and Lieutenant (Lt.) Juan Aguilar whom Affiant has worked with on prior occasions. SA Droddy and Lt. Aguilar conducted a consensual interview of Domingo CASTILLA-Castillo in reference to the murder of five individuals that occurred in San Jacinto County on April 28, 2023.

7) On May 2, 2023, at approximately 1303 hours, SA Rhyan Droddy and Lt. Juan Aguilar conducted a consensual interview of Domingo CASTILLA-Castillo (DOB: 12/10/1992, California Driver license Y4042320) at CASTILLA-Castillo's residence, 230 Devin Street, Cleveland, San Jacinto County, Southern District of Texas.

8) During the interview, Lt. Aguilar asked CASTILLA-Castillo if he had any firearms in the residence. CASTILLA-Castillo advised he does. Lt. Aguilar asked and received verbal consent from CASTILLA-Castillo to search the residence. Lt. Aguilar asked CASTILLA-Castillo where the firearms were, and CASTILLA-Castillo said in his bedroom. CASTILLA-Castillo then walked back to his bedroom with DPS Special Agents and showed them where the firearms were located. Texas DPS then retrieved the firearms from CASTILLA-Castillo's bedroom closet.

9) Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) Christopher Mullins and Department of Homeland Security Enforcement Removal Operation Agent Rob Alaniz arrived on scene to assist with the investigation.

10) CASTILLA-Castillo told TFO Mullins that he was born in Mexico and all the firearms belonged to CASTILLA-Castillo. CASTILLA-Castillo admitted to purchasing the firearms from a friend and CASTILLA-Castillo enjoys shooting firearms. The following firearms were recovered from CASTILLA-Castillo, (1) Zastava, Model 59/66A1, 7.62x39mm rifle bearing serial number 596609657, (2) Harrington and Richardson, Model Topper Jr. Model 490, 30-30 caliber rifle bearing serial number AJ261370 and (3) Stag Arms, Model Stag-15, 5.56mm rifle bearing serial number 26778.

11) ERO Agent Alaniz confirmed CASTILLA-Castillo was in the United States illegally and that CASTILLA-Castillo's California driver license was fraudulent because CASTILLA-Castillo used a fake social security number to obtain the driver license.

## C. Conclusion

12) Based on the forgoing facts, your affiant believes that probable cause exists for the issuance of an arrest warrant for Domingo CASTILLA-Castillo for violation of Title 18, United States Code, 922(g)(5), possession of a firearm by a person unlawfully present in the United States.

_____
ATF TFO Christopher Mullins

Sworn telephonically before me on this the 3rd day of May 2023, I find probable cause.

_____
Andrew Edison
United States Magistrate Judge